IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC - GREENBELT
'23 NOV 21 PM3:58

Torina Ann Collis

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Regency Furniture, Inc. et.al

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**Complaint for Employment Discrimination**

Case No. TDC 23 CV 3147
_(to be filled in by the Clerk's Office)_

Jury Trial:  ☒ Yes  ☐ No
    _(check one)_

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Torina Ann Collis_

Street Address _13240 Star Gazer Place_

City and County _Waldorf    Charles_

State and Zip Code _Maryland    20601_

Telephone Number _240-508-5492_

E-mail Address _torina. collis @gmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _Regency Furniture, Inc._

Job or Title
(if known)

Street Address _7900 Cedarville Rd._

City and County _Brandywine    Prince George's_

State and Zip Code _Maryland    20613_

Telephone Number _301-782-3800_

E-mail Address
(if known)

2

Defendant No. 2

> Name — Regency Management Services, LLC
>
> Job or Title
> (if known)
>
> Street Address — 7900 Cedarville Road
>
> City and County — Brandywine   Prince Georges
>
> State and Zip Code — Maryland   20613
>
> Telephone Number — 301-782-3800
>
> E-mail Address
> (if known)

Defendant No. 3

> Name
>
> Job or Title
> (if known)
>
> Street Address
>
> City and County
>
> State and Zip Code
>
> Telephone Number
>
> E-mail Address
> (if known)

*(If there are more than three defendants, attach an additional page
providing the same information for each additional defendant.)*

## C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:

> Name — Regency Furniture, INC.
>
> Street Address — 7900 Cedarville Rd.
>
> City and County — Brandywine, Prince Georges
>
> State and Zip Code — Maryland   20613
>
> Telephone Number — 301-782-3800

3

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Other federal law *(specify the federal law)*:
Anti Retaliation

☑  Relevant state law *(specify, if known)*:  Retaliation for filing workers compensation claim

☐  Relevant city or county law *(specify, if known)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

III. Statement of Claim

I was employed by Regency Furniture, Inc/Regency Management Services, LLC in Brandywine, Maryland from on or around March 16, 2020 to July 2, 2020. I fell in the parking lot at work on or about March 19, 2020 and the initial injury was the knees and later the lower back was involved. On or about March 23, 2020 the Maryland Governor shut down most of Maryland businesses due to Covid. I returned to work on or around May 18, 2020. During the temporary layoff, I was seeking treatment for my work related injuries. I was told the insurance company would be contacting me. That did not happen. My knees were very swollen and I had difficulty walking. When I returned to work due to shut down being lifted, I was still seeking treatment and it was being denied.

Retaliation

My immediate supervisor was Samir Abu-Ajaj. He began harassing me as well as other managers Barry and Hameed. I emailed Marianne Gunther the HR Director numerous times and filed complaints about the harassment. I was written up after the complaints and falsely accused. I informed HR that I was being subjected to retaliation due my complaints filed.

Sex Discrimination

I was also being discriminated against for my sex as female.

Americans With Disabilities Act

Due to my work related injuries, I was having difficulty walking and my knees were severely swollen. On multiple occasions I asked to sit down due to the pain and my requests were denied. I was dragging my legs and walking for miles in the showroom on concrete floors.

My request for treatment were denied and I was even accused by Samir Abu-Ajaj of coming to the workplace with the intent to fall and get money and not really there to work.

Ultimately on July 2, 2020 I put my 2 weeks notice in to HR. Samir was telling me "You are nothing but drama, fucking drama". He repeatedly told me that. HR informed Samir of my two weeks notice. Samir then in the front lobby yelled at me and pointed to the front door and told me to clock out that I was suspended. I never returned to work.

Retaliation for filing Maryland Workers Compensation Claim

I have repeatedly subjected to retaliation for filing a worker compensation claim and denied treatment and it continues even to this day. 31-2021-01967

②

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

      ☐    Failure to hire me.

      ☐    Termination of my employment.

      ☐    Failure to promote me.

      ☑    Failure to accommodate my disability.

      ☐    Unequal terms and conditions of my employment.

      ☑    Retaliation.

      ☑    Other acts *(specify)*:    <u>Sex discrimination (female)</u>

      ☑    Constructive discharge

      *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

<u>   March 19, 2020     to present     </u>

C.    I believe that defendant(s) *(check one)*:

      ☑    is/are still committing these acts against me.

      ☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

      ☐    race _____

      ☐    color_____

      ☑    gender/sex <u>female</u>

      ☐    religion _____

      ☐    national origin _____

      ☐    age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

      ☑    disability or perceived disability *(specify disability)*

<u>   Knee and back work related injury   </u>

5

E.    The facts of my case are as follows.  Attach additional pages if needed.

*See Attached Charge*

*I have been discriminated against due to my sex - female, due to my disability after work related injury, failed to accomodate, subjected to severe retaliation for complaints filed and retaliated against for filing Maryland Workers Compensation claim*

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*April 29, 2021*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

*August 23, 2023* .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Back Pay, front pay, compensatory, punitive, exemplary damages to be determined in excess of $75,000.00

7

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 21, 2023.

Signature of Plaintiff _____Terra Collins_____

Printed Name of Plaintiff _____Terra Collins_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

8